**George Gordon LIDDY, Appellant,**

**and**

**Frances Purcell Liddy, Plaintiff,**

**v.**

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

No. 86–1050.

United States Court of Appeals, Fourth Circuit.

April 14, 1987.

On Petition for Rehearing with Suggestion for Rehearing In Banc.

### ORDER

The appellant's petition for rehearing and suggestion for rehearing in banc were submitted to this Court.

On the question of rehearing before the panel, Judge Wilkins voted to rehear the case. Judges Winter and Wilkinson voted to deny.

In a requested poll of the Court on the suggestion for rehearing in banc, Judges Russell, Widener, Hall, Chapman, and Wilkins voted to rehear the case in banc; and Judges Phillips, Murnaghan, Sprouse, Ervin, Wilkinson, and Winter voted against in banc rehearing.

As the panel considered the petition for rehearing and is of the opinion that it should be denied, and as a majority of the active circuit judges voted to deny rehearing in banc,

IT IS ADJUDGED AND ORDERED that the petition for rehearing and suggestion for rehearing in banc are denied.